# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TREVIZO, <br><br> Petitioner, <br><br> v. <br><br> CONNIE GIPSON, Warden, <br><br> Respondent. | Case No. CV 11-0040 JSL (JCG) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and accepts the Magistrate Judge's Report and Recommendation.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Accordingly, IT IS ORDERED THAT:

1    1.   Judgment shall be entered dismissing the action with prejudice.
2    2.   The Clerk shall serve copies of this Order and the Judgment herein on
3  the parties.
4    3.   A Certificate of Appealability is denied.

7  DATED: Dec. 16 ,2011        *Spencer Letts*

   _____
                HON. J. SPENCER LETTS
                UNITED STATES DISTRICT JUDGE

2